Dismissed and Memorandum Opinion filed January 25, 2007








Dismissed
and Memorandum Opinion filed January 25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00904-CV

____________

 

R. K. DHINGRA, Individually and as
Trustee, Appellants

 

V.

 

LAGUNA TOWNHOMES COMMUNITY
ASSOCIATION OF HOUSTON, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 820865-101

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 8, 2006.  On January 17, 2007, the
parties filed a joint motion to dismiss the appeal in order to effectuate the
parties= compromise and settlement
agreement.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
25, 2007.

Panel consists of Chief Justice Hedges and Justices Fowler and Edelman.